1  THE ASHWORTH LAW OFFICE
   JAMES C. ASHWORTH, SBN 151272
2  1105 Kennedy Place, Suite 8
3  Davis, California  95616
   jim@TheAshworthLawOffice.com
4  Telephone:  (530) 574-1130
   Facsimile:   (530) 564-4987
5  E-mail:  jim@TheAshworthLawOffice.com

6  Attorney for Plaintiffs

7  SCHIFF HARDIN LLP
   WILLIAM J. CARROLL (CSB #118106)
8  wcarroll@schiffhardin.com
   LINDSEY BERG-JAMES (CSB #285109)
9  lberg@schiffhardin.com
   One Market, Spear Street Tower
10 Thirty-Second Floor
   San Francisco, CA  94105
11 Telephone:     (415) 901-8700
   Facsimile:      (415) 901-8701
12
   MIREYA A.R. LLAURADO (CSB #194882)
13 mallaurado@fedex.com
   FEDEX FREIGHT, INC.
14 3425 Victor Street
   Santa Clara, CA  95054
15 Telephone:     (408) 654-3186
   Facsimile:      (408) 654-3297
16
17 Attorneys for Defendant
   FEDEX FREIGHT, INC.

18

19               UNITED STATES DISTRICT COURT

20               EASTERN DISTRICT OF CALIFORNIA

21

22 | TOMAS BEJARANO and ALAN KING, | Case No. 1:15-cv-00035-TLN-JLT |
   |---|---|
23 | Plaintiffs, | |
24 | v. | **STIPULATION AND ORDER TO CONTINUE THE DISCOVERY CUT-OFF DATE FOR FIVE DEPOSITIONS AND TO FILE MOTIONS TO COMPEL OUTSTANDING DISCOVERY TO JANUARY 31, 2016** |
25 | FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 25, inclusive, | |
26 | | |
27 | Defendants. | |
28

1    WHEREAS, non-expert discovery is scheduled to be completed by December 18, 2015, as
2  mandated by the Scheduling Order dated June 19, 2015 (Docket No. 12);
3    WHEREAS, the parties have calendared five (5) additional depositions, four (4) of which
4  are scheduled to be taken in Harrison, Arkansas on December 10 and 11, 2015;
5    WHEREAS, the parties have completed the depositions of both of the Plaintiffs and a
6  FedEx manager over the past month;
7    WHEREAS, the parties participated in a private mediation on September 14, 2015, and
8  were unable to reach a resolution to this litigation;
9    WHEREAS, the parties have agreed to re-engage in serious settlement negotiations in the
10  hope of resolving this matter prior to the need to take the remaining depositions and have agreed
11  that expending resources for out-of-state depositions would prove counter-productive to their
12  settlement goal;
13    WHEREAS, the parties believe that they need approximately two (2) weeks to engage in
14  these settlement negotiations and would like to continue the remaining depositions to January,
15  2016, in order to focus on resolving this matter prior to incurring the expense of the scheduled
16  depositions;
17    WHEREAS, expert designations are not scheduled until February 18, 2016;
18    WHEREAS, the trial in this matter is currently set to commence on November 7, 2016;
19  and
20    WHEREAS, the parties agree that extending the discovery cut-off date for certain
21  depositions and to file motions to compel any outstanding discovery to January 31, 2016, will not
22  cause any delay or continuance of any of the other dates;
23    THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs TOMAS
24  BEJARANO and ALAN KING and Defendant FEDEX FREIGHT, INC., through their respective
25  counsel of record, that the non-expert discovery cut-off date be continued from December 18,
26  2015 to January 31, 2016, for the purpose of taking the depositions of Jon Barrett, Mark Courter,
27  Tracy Crow, Brittany Starkey and the representative of Con-Way Freight.  The parties shall also
28  have until January 31, 2016 to file any motions to compel relating to any outstanding discovery

including, without limitation, Defendant's third party subpoenas to The Ticket Clinic and Con-Way Freight.

**IT IS SO STIPULATED.**

Dated: December 8, 2015                    SCHIFF HARDIN LLP

                                           By: */s/ William J. Carroll*
                                               WILLIAM J. CARROLL
                                               LINDSEY BERG-JAMES
                                               Attorneys for Defendant
                                               FEDEX FREIGHT, INC.

Dated: December 8, 2015                    THE ASHWORTH LAW OFFICE

                                           By: */s/ James C. Ashworth*
                                               JAMES C. ASHWORTH
                                               Attorneys for Plaintiffs
                                               TOMAS BEJARANO and ALLEN KING

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Non-Expert Discovery Cut-off date is continued from December 18, 2015, to January 31, 2016, for the taking of the depositions of Jon Barrett, Mark Courter, Tracy Crow, Brittany Starkey and the representative of Con-Way Freight, and to file any motions to compel relating to any outstanding discovery.

Dated: December 10, 2015

                                           _____
                                           Troy L. Nunley
                                           United States District Judge